**DENIED and Opinion Filed May 24, 2023**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-23-00478-CV

### IN RE HEB HOMES, LLC, Relator

**Original Proceeding from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-22-01643**

## MEMORANDUM OPINION
Before Justices Pedersen, III, Nowell, and Miskel
Opinion by Justice Pedersen, III

Before the Court are relator's May 18, 2023 petition for writ of mandamus and motion for temporary stay. Relator challenges the trial court's May 9, 2023 Order Granting Plaintiff's Motion for Leave to Conduct Net Worth Discovery.[1]

Entitlement to mandamus relief requires relator to show that the trial court clearly abused its discretion and that relator lacks an adequate appellate remedy. *In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig.

---

[1] We question whether relator's petition includes an adequate certification. *See* TEX. R. APP. P. 52.3(j). We assume without deciding that relator's certification is adequate.

proceeding). After reviewing relator's petition and the record before us, we conclude that relator has failed to demonstrate entitlement to mandamus relief.

Accordingly, we deny the petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a).

We also deny relator's motion for temporary stay as moot.

230478f.p05

/Bill Pedersen, III//
BILL PEDERSEN, III
JUSTICE